1042

[No. 61237-9-I.   Division One.   October 19, 2009.]

CHAD EATON, *Appellant*, v. FOOTBALL NORTHWEST, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-14593-1, Richard D. Eadie, J., entered January 14, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 61302-2-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LESTER P. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02005-1, Jeffrey M. Ramsdell, J., entered January 14, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Lau, JJ.

[No. 62090-8-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE A. CAMARATA, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-1-00037-0, C. James Lust, J. Pro Tem., entered June 26, 2008. *Remanded* by unpublished per curiam opinion.

[No. 62662-1-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE ROY GRANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03788-2, Douglas D. McBroom, J., entered November 10, 2008. *Affirmed* by unpublished per curiam opinion.